DEVIN A. DONOHUE (SBN 190030)
ddonohue@cozen.com
BRETT D. WATSON (SBN 203183)
bwatson@cozen.com
COZEN O'CONNOR
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213.892.7900
Fax: 213.892.7999

Attorneys for Petitioner
UBS FINANCIAL SERVICES INC.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES, INC., | Civil Case No. 2:21-cv-01222-KJM-AC |
| Petitioner, | **JUDGMENT** |
| vs. | |
| DANE ALVIN BRINKMAN, an individual, | |
| Respondent. | |

IT IS HEREBY ADJUDGED and DECREED that judgment is entered in conformity with the arbitration award (the "Award") issued by the Financial Industry Regulatory Authority ("FINRA") Dispute Resolution arbitration panel in the binding arbitration between Petitioner UBS Financial Services Inc. ("UBS") and Respondent Dane Alvin Brinkman ("Brinkman"), entitled *UBS Financial Services Inc. v. Dane A. Brinkman*, FINRA Case No. 08-03708, as follows:

1. Judgment is awarded in favor of UBS and against Brinkman in the amount of the Award in the sum of $116,596.70;
2. Brinkman shall pay UBS post-judgment interest at the legal rate pursuant to 28 U.S.C. Section 1961 until the judgment is fully paid; and
3. Brinkman is liable for and shall pay UBS reasonable attorneys' fees and costs incurred by it in its continuing efforts to collect on the Award and/or the Judgment entered by this Court, from the date of Judgment until the total judgment amount is fully paid.

IT IS SO ADJUDGED and DECREED.

DATED: December 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE